# MEMORANDUM DECISIONS.

ACME ELECTRIC LAMP CO., Respondent, v. KINGSTON CARRIAGE CO., Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by the Acme Electric Lamp Company against the Kingston Carriage Company. From a judgment in favor of plaintiff (64 N. Y. Supp. 377), defendant appeals. Affirmed. Kellogg, Rose & Smith, for appellant. Henry B. Twombly, for respondent.

PER CURIAM. Judgment affirmed.

ADAMS, Appellant, v. OLD DOMINION S. S. CO., Respondent. (City Court of New York, General Term. July 11, 1900.) Action by George F. Adams against the Old Dominion Steamship Company. From a judgment for defendant, and an order denying a new trial, plaintiff appeals. Affirmed. Hyland & Zabriskie, for appellant. Owen & Sturges, for respondent.

HASCALL, J. We think that the case was properly tried and determined upon the merits below, and that the appellant's exceptions do not call for reversal. Judgment and order denying motion for new trial affirmed, with costs and disbursements to respondent.

CONLAN, J., concurs.

AMER et al., Respondents, v. FOLK et al., Appellants. (City Court of New York, General Term. July 18, 1900.) Action by Edward C. Amer against John Folk. From a judgment in favor of plaintiffs, and an order denying a motion for new trial, defendants appeal. Affirmed. Hastings & Gleason, for appellants. Blumenstiel & Hirsch, for respondents.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

ANDRUS, Respondent, v. TOWN OF OLEAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Blanche Andrus against the town of Olean. No opinion. Judgment and order affirmed, with costs.

ANGEL, Respondent, v. CATHOLIC CLUB OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) Action by Carl Angel against the Catholic Club of the City of New York. No opinion. Motion for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 1131.

In re ANTHONY. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) In the matter of D. Edgar Anthony, an attorney. Referee's report confirmed, and order granted striking the name of D. Edgar Anthony from the roll of attorneys. No opinion. Order granted allowing the expenses of the proceedings and directing their payment. See 57 N. Y. Supp. 1133; 64 N. Y. Supp. 1131.

BACH v. SILVER LAKE RY. CO. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Joseph G. Bach against the Silver Lake Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 1131.

BANTLE, Respondent, v. VANCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Frank S. Bantle against Samuel D. Vance, George C. Kleber, and Martin Hasselbeck. No opinion. Judgment and order affirmed, with costs.

BATTERMAN, Respondent, v. NEIDERSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) Action by Henry Batterman against John Neiderstein. No opinion. Judgment of the municipal court affirmed, with costs.

BECK, Appellant, v. COOKE, Respondent. (Supreme Court, Appellate Term. June 13, 1900.) Action by George Beck against Sarah E. Cooke, executrix of the estate of Justus Cooke, deceased. From a judgment of the general term of the city court (62 N. Y. Supp. 1132), reversing a judgment in favor of the plaintiff, he appeals. Affirmed. W. E. Benjamin, for appellant. Appell & Reid, for respondent.

PER CURIAM. Judgment affirmed, with costs.

BECKER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by Jennie T. B. Becker, as executrix, etc., against the city of New York. T. Connoly, for appellant. L. L. Kellogg, for respondent. No opinion. Reargument ordered.

BEECKMAN, Respondent, v. BEDFORD QUARRIES CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Thomas H. Beeckman against the Bedford Quarries Company. A. G. Milbank, for appellant. W. Barnes, for respondent. No opinion. Judgment and order affirmed, with costs.

BELLING, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action